# Third District Court of Appeal

## State of Florida

Opinion filed December 16, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-709
Lower Tribunal Nos. 13190018137FC and 2001430000

_____

**Gerald Pierre Bastien,**
Appellant,

vs.

**Department of Revenue, Child Support Program, et al.,**
Appellees.

An Appeal from the State of Florida Department of Revenue, Child Support Program.

Gerald Pierre Bastien, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein (Tallahassee), Senior Assistant Attorney General, for appellee Department of Revenue.

Before FERNANDEZ, LINDSEY, and HENDON, JJ.

PER CURIAM.

Affirmed.